FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2007 MAR 11 II: 35
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

EDWARD BESS, SR.,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CIVIL ACTION NO.: CV207-002

(Case No.: CR204-36)

# ORDER

I. **Eligibility to proceed on appeal *in forma pauperis***

The prisoner has filed with this Court a motion to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(a)(1)-(2), the prisoner **must submit** the following:

(1) an affidavit including a statement of the prisoner's assets and a declaration that the prisoner is unable to pay the filing fees and

(2) a certified copy of the trust fund account statement for the six-month period immediately preceding the filing of the notice of appeal.

Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24(a), this Court hereby

___    **GRANTS** the motion to proceed *in forma pauperis* on appeal;

_X_    **DENIES** the motion to proceed *in forma pauperis* on appeal for the following reason(s):

    ___ (1) This Court **CERTIFIES** that the appeal is not taken in good faith because _____

    _X_ (2) The prisoner has failed to submit the affidavit required by 28 U.S.C. § 1915(a)(1).

    ___ (3) The prisoner has failed to submit the trust fund account statement required by 28 U.S.C. § 1915(a)(2).

    _X_ (4) Other: __The appeal is without merit.__

AO 72A
(Rev. 8/82)

II. **Installment Payment Provisions**

Even if the prisoner is granted permission to proceed on appeal *in forma pauperis*, the prisoner is still required to pay the Court's filing fees. Pursuant to 28 U.S.C. § 1915 (b) (1), the prisoner is required to execute and return to the Clerk of this Court the **CONSENT FORM** which authorizes payment of the required $455.00 appellate filing fee from his prison account to the district court. A copy of this form is enclosed with the Petitioner's service copy of this Order.

III. **Transcripts of Proceedings**

_X_ This Court will not presently require the preparation of a transcript or the payment therefor by the United States. To the extent that a transcript of any portion of the District Court proceedings is required, the Court of Appeals may more economically direct which proceedings it requires to be transcribed.

___ The Court Reporter shall transcribe the proceedings as requested by the party proceeding *in forma pauperis* and the United States shall bear the expense.

**SO ORDERED**, this 28th day of March, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

Edward Bess, Sr.
Plaintiff/Petitioner

12164-021
Your Prisoner Number

vs.

Civil Action No. CV207-2/CR204-36
(Supplied by the Clerk)

USA
Defendant(s) Respondents(s)

## PRISONER CONSENT FORM ON APPEAL

I hereby authorize the agency having custody of me ("the agency") to collect from my prison account and forward to the Clerk of United States District Court for the Southern District of Georgia payments in accordance with 28 U.S.C. Section 1915(b) until the full filing fee of $455.00 required to maintain this appeal is paid.

I authorize the agency to withdraw from my account and send to the District Court Clerk as soon as such funds become available a first payment from my account which will be greater of the following amounts:

(1) 20% of the average monthly deposits to my account for the 6-month period immediately preceding the date I filed my notice of appeal in this case; or
(2) 20% of the average monthly balance in my account for that 6-month period.

Following payment of any initial partial filing fee, I further authorize the agency every month to withdraw twenty percent of the preceding month's income credited to my prison account and to remit that amount to the District Court Clerk each time the amount in my account exceeds $10.00 until the total filing fee of $455.00 has been paid.

I understand that even if I am allowed to proceed in forma pauperis (in other words, without having to prepay the full filing fee) and even if my appeal is later dismissed for any reason, I am obligated to pay to the District Court Clerk the full amount of the filing fee. Additionally, I understand that the Court may enter judgment against me for payment of costs at the conclusion of the appeal, including any unpaid portion of the required filing fees. If the Court does so, I also authorize the agency to make monthly payments from my account to the District Court Clerk in the manner described above until the full amount of the costs ordered is paid.

If I am transferred to another prison or custodial agency, I hereby consent that this authorization will continue to apply, and the new prison or custodial agency shall assume the duties of collecting and forwarding any remaining monthly payments to the District Court Clerk.

_____  _____
DATE                 SIGNATURE OF PLAINTIFF/PETITIONER